JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SANNER, an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>        v.<br><br>METAL CONTAINER (MCC) LP, a Delaware Limited Partnership doing business as METAL CONTAINER CORPORATION; RYAN MORENO, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 5:24-cv-02314-JLS-DTBx<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

After considering the Stipulation to Dismiss this Matter (Doc. 30), and good cause appearing, the Court HEREBY ORDERS that the Complaint is hereby dismissed without prejudice in its entirety, including, but not limited to, all claims, causes of action, and parties, with each party to bear its own attorney's fees, costs and litigation expenses.

DATED: September 2, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2